IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| A.V.R., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Banco Popular de Puerto Rico ,<br><br>**Defendant.** | CIVIL NO. 16-2619 (JAG) |

## JUDGMENT

Pursuant to Plaintiffs' Motion for Voluntary Dismissal, Docket No. 18, the case is hereby DISMISSED WITH PREJUDICE . This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of January, 2017.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge
